UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        Plaintiff,

CASE NO:    1:23-CR-20428-Williams

v.

MARIO ENRIQUE INFANTE PUPO,

        Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO DISCHARGE SURETY AND DISBURSE FUNDS

THIS CAUSE, having come on to be heard on an Unopposed Motion To Discharge Surety and Disburse Funds, and the Government having no objection, and the Court being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the defendant's Unopposed Motion To Discharge Surety and Disburse Funds is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall disburse the bond posted in the above-captioned matter ($5,000.00) together with any/all accrued interest therein to the Del Villar Firm, P.A. (12651 S. Dixie Hwy, Suite 100, Pinecrest, FL 33156).

DONE AND ORDERED in chambers in the Southern District of Florida, Miami-Dade, Florida this ____ day of November 2024.

Kathleen M. Williams
United States District Judge

1